1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**SEAN SMALL DE LA CRUZ,**

    Plaintiff,

  v.

**BETTERHELP, INC.,**

    Defendant.

Case No.: 4:24-cv-1317-YGR

**ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT**

Re: Dkt. No. 26

The parties to this action, by and through counsel, have advised the Court that the parties have agreed to settlement. (Dkt. No. 26.)

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that if parties do not file a stipulation of dismissal with prejudice by **November 1, 2024,** following the execution of a settlement agreement and compliance with its terms, that this Order shall be vacated, and this case will be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: October 4, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**