**SHUB & JOHNS LLC**
Jonathan Shub (SBN 237708)
jshub@shublawyers.com
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 477-8380

**WITTELS MCINTURFF PALIKOVIC**
Ethan D. Roman (admitted *pro hac vice*)
edr@wittelslaw.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (914) 775-8862

Attorneys for Plaintiff
SEAN SMALL DE LA CRUZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SMALL DE LA CRUZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BETTERHELP, INC.,<br><br>　　　　　Defendant. | Case No. 4:24-cv-01317-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(i)]**<br><br>HON. YVONNE GONZALEZ ROGERS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sean Small De La Cruz hereby dismisses with prejudice his individual claims against Defendant BetterHelp, Inc. Plaintiff's Notice is appropriate given that Defendant has not answered or filed a motion for summary judgment in this matter. The claims of the putative class, if any, are hereby dismissed without prejudice.

Dated: __November 1_____, 2024

/s/ Jonathan Shub
Jonathan Shub (SBN 237708)
jshub@shublawyers.com
SHUB & JOHNS LLC
Four Tower Bridge
200 Barr Harbor Drive
Suite 400
West Conshohocken, PA 19428
Telephone: (610) 477-8380

*Attorneys for Plaintiff*
SEAN SMALL DE LA CRUZ

Dated: __November 1_____, 2024

/s/ Ethan D. Roman
Ethan D. Roman (admitted *pro hac vice*)
edr@wittelslaw.com
WITTELS MCINTURFF PALIKOVIC
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (914) 775-8862

*Attorneys for Plaintiff*
SEAN SMALL DE LA CRUZ